In the Matter of HERMAN A. EHRLICH et al., Appellants, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued November 13, 1940; decided December 31, 1940.

*Frederick E. Crane, Charles Barasch, Moss Shenkman* and *Herman E. Cooper* for appellants.

*H. Eliot Kaplan* for respondents.

Order affirmed, with costs; no opinion.

Concur: FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. LEHMAN, Ch. J., and LOUGHRAN, J., dissent on the ground that the appointments in this case were not temporary appointments within the meaning of the Civil Service Law.